UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FAMILY SPINAL HEALTH & REHABILITATION CENTER, INC. HEALTH GROUP d/b/a PRECISION HEALTH GROUP,  Plaintiff,  vs.  AFFORDABLE MANAGEMENT & CONSULTING, INC., et al.,  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case no.  4:17cv00975 PLC |

## ORDER OF PARTIAL DISMISSAL

This matter is before the Court on Plaintiff's notice of the voluntary dismissal without prejudice of ten John Doe Defendants [ECF No. 13]. Plaintiff pursues the dismissal under Federal Rule of Civil Procedure 41(a)(1)(A), which allows a plaintiff to voluntarily dismiss an action "before the opposing party serves either an answer or a motion for summary judgment."

On December 3, 2016, Plaintiff filed in the Circuit Court of St. Charles County, Missouri, a class action complaint requesting relief for alleged violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.*, by seven named Defendants and ten John Doe Defendants. See Family Spinal Health & Rehabilitation Center, Inc. d/b/a Precision Health Group v. Affordable Management & Consulting Co., No. 1611-CC01168. The seven named Defendants removed the lawsuit to this Court on March 17, 2017. Plaintiff then filed its notice of dismissal.

The docket sheet for both the removed lawsuit and the original state court case reveals no answer or motion filed by any Defendant. Additionally, no discovery or other pretrial

proceedings, including certification of a plaintiff class, occurred before Plaintiff filed its dismissal notice.

Because the case is at an early stage of the proceedings and Plaintiff's cause of action remains pending with respect to the seven named Defendants, the Court finds Plaintiff's proposed dismissal without prejudice of the ten John Doe Defendants under Rule 41(a)(1)(A)(i) will not result in either a waste of judicial time and effort or prejudice to any Defendant. See, e.g., Thatcher v. Hanover Ins. Group, 659 F.3d 1212 (8th Cir. 2011) (addressing a voluntary dismissal of a putative class action under Rule 41(a)(2)). Accordingly, after careful consideration,

**IT IS HEREBY ORDERED** that Plaintiff's notice of the dismissal without prejudice of the ten John Doe Defendants [ECF No. 13] is **GRANTED**.

**IT IS FINALLY ORDERED** that Plaintiff's cause of action against the ten John Doe Defendants is **DISMISSED without prejudice.**

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of March, 2017.