UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FAMILY SPINAL HEALTH & ) | |
| REHABILITATION CENTER, INC. ) | |
| HEALTH GROUP d/b/a ) | |
| PRECISION HEALTH GROUP, ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
|   vs. ) | Case no. 4:17cv00975 PLC |
| ) | |
| AFFORDABLE MANAGEMENT & ) | |
| CONSULTING, INC., et al., ) | |
| ) | |
|     **Defendants.** ) | |

## MEMORANDUM AND ORDER

Plaintiff and the seven originally-named Defendants jointly move for (1) a fourteen-day extension of deadlines and (2) the rescheduling of the Rule 16 conference now set for 10:00 a.m. on June 14, 2017, because "the [p]arties have agreed in principle to a settlement" and need more time to "finalize the settlement" [ECF No. 30]. The motion sets forth the following new deadlines: June 15, 2017 for the filing of Defendants' answer(s) or other response(s) to the first amended class action complaint; June 21, 2017 for the filing of the parties' joint scheduling plan; and June 28, 2017 or other date convenient for the Court for the rescheduled Rule 16 conference. As the parties note, the record does not reflect service of process on the four Defendants added by the first amended class action complaint. After careful consideration,

**IT IS HEREBY ORDERED** that the joint motion to extend deadlines [ECF No. 30] is **GRANTED** as follows: (1) Defendants' answers or other responses to the first amended class action complaint are due no later than June 15, 2017; (2) the Rule 16 conference is removed from

June 14, 2017 and rescheduled for June 28, 2017 at 10:00 a.m.; and (3) the parties' joint scheduling plan shall be filed no later than June 21, 2017.

*[signature: Patricia L. Cohen]*
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 31st day of May, 2017.